IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01592-BNB

FRANKIE L. MCCONNELL,

    Plaintiff,

v.

MICHELLE ABEYTA,
JOHN SCOLERI, and
LAURIE TOFOYA,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Frankie L. McConnell, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Women's Correctional Facility. Ms. McConnell filed *pro se* a prisoner complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983 for money damages and injunctive relief.

    On June 22, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) granting her leave to proceed pursuant to 28 U.S.C. § 1915, and directing her, within thirty days, either to pay a $1.00 initial partial filing fee or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee. The June 22 order informed Ms. McConnell that, in order to show cause, she must file a certified copy of her trust fund account statement. The June 22 order also warned Ms. McConnell that if she failed to pay the initial partial filing fee or to show cause as directed within the time allowed, the prisoner complaint would be dismissed without further notice.

Ms. McConnell has failed, within the time allowed, to pay the initial partial filing fee, show cause as directed why she is unable to do so, or otherwise communicate with the Court in any way. Therefore, the complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Ms. McConnell files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the prisoner complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Frankie L. McConnell, to comply with the directives of the order of June 22, 2012, and for her failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  2nd  day of     August    , 2012.

BY THE COURT:

    s/Lewis T. Babcock    
LEWIS T. BABCOCK, Senior Judge
United States District Court